# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 23-CR-04012-SRB |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. § 2422(b)<br>NLT 10 Years Imprisonment<br>NMT Life Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release<br>Class A Felony |
| v.<br><br>**RYAN EDWARD HINE**,<br>a/k/a/ "Rosie Snow", "Lacie Love",<br>"Jasmine", "Carmen", "Mandie", "Olivia",<br>"Quin", "Kandie Kae"<br>[DOB:06/18/1996] | |
| | **COUNTS 2-4**<br>Attempted Production of Child Pornography<br>18 U.S.C. § 2251(a)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT 250,000 Fine<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release<br>Class B Felony |
| Defendant. | |
| | **COUNTS 5-6**<br>Advertising Child Pornography<br>18 U.S.C. § 2251(d)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT 250,000 Fine<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release<br>Class B Felony |
| | **COUNT 7**<br>Receipt of Child Pornography<br>18 U.S.C. § 2252(a)(2)<br>NLT 5 Years Imprisonment<br>NMT 20 Years Imprisonment<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release<br>Class C Felony |
| | $100 Special Assessment |

## S U P E R S E D I N G   I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

**COUNT** 1
(Attempted Enticement of a Minor)
18 U.S.C. § 2422(b)

From an unknown date, but at least as early as January 1, 2019 to December 31, 2019, said dates being approximate, in Boone County and elsewhere, in the Western District of Missouri, the defendant, **RYAN EDWARD HINE**, used a facility and means of interstate commerce, that is, the internet and the cellular telephone network, to attempt to knowingly persuade, induce, entice and coerce, MV1, an individual whom he believed to be less than eighteen years of age, to engage in sexual activity for which a person can be criminally charged under the laws of the United States of America, which prohibits any person, from producing child pornography; all in violation of Title 18, United States Code, Section 2422(b).

**COUNTS 2-4**
(Attempted Production of Child Pornography)
18 U.S.C 2251(a)

On or about the dates set forth below, said dates being approximate, within Boone County, in the Western District of Missouri, and elsewhere, the defendant**, RYAN EDWARD HINE**, did attempt to employ, use, persuade, induce, entice, and coerce a minor victim, MV5, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce:

| Count | Date |
|---|---|
| 2 | October 8, 2020 (video request of MV5) |
| 3 | February 21, 2021 (1 picture request and 3 video requests of MV5) |
| 4 | March 13, 2021 (4 video requests of MV5) |

## COUNTS 5-6
(Advertising Child Pornography)
18 U.S.C. § 2251(d)

On or about the dates set forth below, said date being approximate, in Boone County, in the Western District of Missouri, and elsewhere, the defendant, **RYAN EDWARD HINE**, knowingly made a notice, advertisement and offering to exchange, produce, display, and distribute a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, and such notice, advertisement, and offering was transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer, all in violation of 18 United States Code, Section 2251(d):

| Count | Date |
|---|---|
| 5 | January 2, 2022 (advertised videos depicting MV2, MV3, MV4 to user " Buyer 2" via Snapchat) |
| 6 | March 28, 2022 through March 29, 2022 (advertised a list of 23 videos depicting MV2, MV3, MV4 to Buyer 1 via Snapchat) |

## COUNT 7
(Receipt of Child Pornography)
18 U.S.C. § 2252(a)(2)

On or about August 18, 2020, said date being approximate, within Boone County, in the Western District of Missouri, the defendant, **RYAN EDWARD HINE**, knowingly received any visual depiction that had been mailed and shipped and transported in or affecting interstate or foreign commerce, by any means including by computer, , the production of which involved the

3

use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, to wit: an image depicting MV6 sent via SMS; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

                                        **A TRUE BILL.**

                                        /s/ Donna Richardson
                                        **FOREPERSON OF THE GRAND JURY**

/s/ Ashley S. Turner
**Ashley S. Turner**
Assistant United States Attorney
Missouri Bar No. 62314

Dated: 02/27/2024