IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:23-CR-04012-SRB |
| | ) | |
| RYAN EDWARD HINE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WITNESS AND EXHIBIT LIST

Defendant, Ryan Hine, by counsel, Katie Wang, provides this list of witnesses, whom counsel may call to testify at his competency hearing on February 20, 2025:

- Jeffrey S. Kline, Ph.D., Columbia, Missouri.

The defense also provides this list of exhibits that it may offer into evidence at the hearing:

- Sealed Forensic Psychological Evaluation of Jeffrey S. Kline, Ph.D. (ECF No. 33-1)

Respectfully submitted,

*/s/ Katie Y. Wang*
**KATIE Y. WANG,** NY Bar No. 5291133
Assistant Federal Public Defender
80 Lafayette Street, Suite 1100
Jefferson City, Missouri 65101
(573) 636-8747

*Attorney for Ryan Edward Hine*

# CERTIFICATE OF SERVICE

I certify that on February 19, 2025, I filed this document, using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and that a copy was mailed, via the United States Postal Service, or hand-delivered to Ryan Hine.

*/s/ Katie Y. Wang*
**KATIE Y. WANG**