# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-CR-04012-SRB-1 |
| RYAN EDWARD HINE, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Chief Magistrate Judge Willie J. Epps, Jr.'s Report & Recommendation. (Doc. #56.) Judge Epps recommends that the undersigned find that Defendant Hine is competent to stand trial based on Judge Epps's finding that Defendant Hine is not presently suffering from a mental disease or defect that would render him unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Counsel did not file any objections to the Report and Recommendation, and the deadline to do so has expired. The issue of competency is ready for ruling by the undersigned.

After an independent and careful review of the record and the applicable law, the Court **ADOPTS** Judge Epps's Report and Recommendation, (Doc. #56), and finds that Defendant Hine is competent to stand trial. Accordingly, it is hereby **ORDERED** that the Report & Recommendation, (Doc. #56), be attached to and made part of this Order.

**IT IS SO ORDERED.**

      /s/ Stephen R. Bough
      STEPHEN R. BOUGH
      UNITED STATES DISTRICT JUDGE

Dated: April 8, 2025